FILED
 2009 Apr-15  AM 10:41
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| STEVEN HARRISON, SR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CV 08-S-1407-NE |
| JAMES BAKER, LAWRENCE COUNTY JAIL, | ) |
| Defendants. | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on November 14, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice, as unexhausted pursuant to 42 U.S.C. § 1997(e). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as unexhausted pursuant to 42 U.S.C. § 1997(e). A Final Judgment will be entered.

DATED this 15th day of April, 2009.

_____
United States District Judge